1   Timothy R. Macdonald (CO Bar No. 29180)
        (*Admitted Pro Hac Vice*)
2   timothy.macdonald@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
3   370 Seventeenth Street, Suite 4400
    Denver, CO 80202-1370
4   Telephone:  (303) 863-1000
    Facsimile:   (303) 832-0428
5
    Ethan G. Shenkman (DC Bar No. 454971)
6        (*Admitted Pro Hac Vice*)
    ethan.shenkman@arnoldporter.com
7   Laura Cottingham (DC Bar No. 1045213)
        (*Admitted Pro Hac Vice*)
8   laura.cottingham@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
9   601 Massachusetts Ave, NW
    Washington, DC 20001-3743
10  Telephone:  (202) 942-5000
    Facsimile:   (202) 942-5999
11
    *Attorneys for the Hopi Tribe*
12
    Nicholas J. Enoch (AZ Bar No. 016473)
13  nick@lubinandenoch.com
    Kaitlyn A. Redfield-Ortiz (Az Bar No. 030318)
14  kaitlyn@lubinandenoch.com
    Stanley Lubin (AZ Bar. No. 003076)
15  stan@lubinandenoch.com
    LUBIN & ENOCH, P.C.
16  349 North 4th Avenue
    Phoenix, AZ 85003-1505
17  Telephone:  (602) 234-0008
    Facsimile:   (602) 626-3586
18
    Charles F. Donnelly (WV Bar No. 1049)
19       (*Admitted Pro Hac Vice*)
    cdonnelly@umwa.org
20  General Counsel
    UNITED MINE WORKERS OF AMERICA
21  18354 Quantico Gateway Dr. #200
    Triangle, VA 22172
22  Telephone:  (703) 291-2429
    Facsimile:   (703) 291-2448
23
    Eugene M. Trisko (DC Bar No. 942854)
24       (*Admitted Pro Hac Vice*)
    emtrisko@earthlink.net
25  LAW OFFICES OF EUGENE M. TRISKO
    P.O. Box 596
26  Berkeley Springs, WV 25411
27  *Attorneys for the United Mine Workers of
    America*
28

John Shadegg (AZ Bar No. 004428)
jshadegg@polsinelli.com
Eric E. Lynch (AZ Bar No. 025049)
elynch@polsinelli.com
POLSINELLI
One East Washington, Suite 1200
Phoenix, AZ 85004
Telephone:  (602) 650-2000
Facsimile:   (602) 264-7033

Matthew C. Corcoran (OH Bar No. 78236)
        (*Admitted Pro Hac Vice*)
mccorcoran@jonesday.com
JONES DAY
325 McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
Telephone:  (614) 469-3939
Facsimile:   (614) 461-4198

*Attorneys for Peabody Western Coal Company*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

The Hopi Tribe; The United Mine Workers of America; and Peabody Western Coal Company,

Plaintiffs,

v.

Central Arizona Water Conservation District and the Gila River Indian Community,

Defendants.

CASE NO. 2:18-cv-01337

**JOINT RESPONSE TO ORDER [Docket No. 49] GRANTING MOTIONS TO DISMISS**

On March 31, 2019, the Court entered the *Order* [Docket No. 49] (the "Order") granting the defendants' motions to dismiss "for want of subject matter jurisdiction." Order at 11:7-8.  The Court granted the Hopi Tribe, the United Mine Workers of America and Peabody Western Coal Company (collectively, "Plaintiffs") "leave to amend solely to address standing" and ordered "[t]hat Plaintiffs have until April 19, 2019 to file an amended complaint." *Id.* at 11:8, 11:19.  Plaintiffs hereby file this joint response to the Order.

Plaintiffs respectfully disagree with the Court's conclusions regarding the requirements for Plaintiffs to plead standing.  Accordingly, they reserve all their rights to appeal any judgment implementing the Order.

Moreover, while Plaintiffs believe they can currently remedy certain "defects" identified by the Court under its interpretation of the law (*e.g.*, Plaintiffs directly participated in the sale negotiations, Order at 7:19-21[1]) through an amendment, Plaintiffs do not believe they can remedy all "defects" identified by the Court under the current facts and circumstances.  Accordingly, Plaintiffs do not presently intend to file an amended complaint.  Instead, Plaintiffs reserve all their rights to refile if circumstances arise that would allow Plaintiffs to allege standing in a way that would cure the "defects" that the Court believes are in the current Complaint.  Plaintiffs have the right to refile because, among other reasons, a dismissal for lack of subject matter jurisdiction is a dismissal without prejudice.  *See, e.g.*, *Freeman v. Oakland Unified Sch. Dist.*, 179 F.3d 846, 847 (9th Cir. 1999) (reversing a with prejudice dismissal and ordering district court to dismiss without prejudice because district court lacked subject matter jurisdiction); *Ranaweera v. Resolution Trust Corp.*, 1991 U.S. App. LEXIS 31308, at *3 (9th Cir. Dec. 27, 1991) ("[W]e believe that the grounds for dismissal were more accurately rooted in Fed. R. Civ. P. 12(b)(1), dismissal for lack of subject matter jurisdiction.  Ordinarily,

---

[1]      By way of example, Peabody hired the investment banker that is marketing the Navajo Generating Station ("NGS"), worked with potential buyers in their diligencing the purchase of NGS, and directly negotiated with potential buyers regarding the terms Peabody would sell potential buyers the coal necessary to fuel NGS.

1   dismissal for lack of subject matter jurisdiction should be without prejudice.  Therefore,

2   we affirm the district court's dismissal of the action for lack of subject matter jurisdiction,

3   but we vacate the dismissal with prejudice.") (citation omitted).

4

5   Dated:  April 19, 2019

6

7   By:/s/Nicholas J. Enoch (with/permission)       By:/s/ Ethan G. Shenkman (w/permission)
8   Nicholas J. Enoch                                    Timothy R. Macdonald
        (AZ Bar No. 016473)                                  (CO Bar No. 29180)
9   nick@lubinandenoch.com                                   (Admitted Pro Hac Vice)
    Kaitlyn A. Redfield-Ortiz                            timothy.macdonald@arnoldporter.com
10      (Az Bar No. 030318)                             ARNOLD & PORTER KAYE
    kaitlyn@lubinandenoch.com                           SCHOLER LLP
11  Stanley Lubin                                       370 Seventeenth Street, Suite 4400
        (AZ Bar. No. 003076)                            Denver, CO 80202-1370
12  stan@lubinandenoch.com                              Telephone:  (303) 863-1000
    LUBIN & ENOCH, P.C.                                 Facsimile:   (303) 832-0428
13  349 North 4th Avenue
    Phoenix, AZ 85003-1505                              Ethan G. Shenkman
14  Telephone:  (602) 234-0008                              (DC Bar No. 454971)
    Facsimile:   (602) 626-3586                             (Admitted Pro Hac Vice)
15                                                      ethan.shenkman@arnoldporter.com
    Charles F. Donnelly                                 Laura Cottingham
16      (WV Bar No. 1049)                                   (DC Bar No. 1045213)
        (Admitted Pro Hac Vice)                             (Admitted Pro Hac Vice)
17  cdonnelly@umwa.org                                  laura.cottingham@arnoldporter.com
    General Counsel
18  UNITED MINE WORKERS OF                              ARNOLD & PORTER KAYE
    AMERICA                                             SCHOLER LLP
19  18354 Quantico Gateway Dr. #200                     601 Massachusetts Ave, NW
    Triangle, VA 22172                                  Washington, DC 20001-3743
20  Telephone:  (703) 291-2429                          Telephone:  (202) 942-5000
    Facsimile:   (703) 291-2448                         Facsimile:   (202) 942-5999
21
    Eugene M. Trisko                                    Attorneys for the Hopi Tribe
22      (DC Bar No. 942854)
        (Admitted Pro Hac Vice)
23  emtrisko@earthlink.net
    LAW OFFICES OF EUGENE M.                        By: /s/ Eric E. Lynch
24  TRISKO                                              John Shadegg (AZ Bar No. 004428)
    P.O. Box 596                                        jshadegg@polsinelli.com
25  Berkeley Springs, WV 25411                          Eric E. Lynch (AZ Bar No. 025049)
                                                        elynch@polsinelli.com
26  Attorneys for the United Mine Workers of            POLSINELLI
    America                                             One East Washington, Suite 1200
27                                                      Phoenix, AZ 85004
                                                        Telephone:  (602) 650-2000
28                                                      Facsimile:   (602) 264-7033

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew C. Corcoran
  (OH Bar No. 78236)
  (*Admitted Pro Hac Vice*)
mccorcoran@jonesday.com
JONES DAY
325 McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
Telephone:  (614) 469-3939
Facsimile:   (614) 461-4198

*Attorneys for Peabody Western Coal Company*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on   April 19, 2019,      I electronically transmitted the

3   foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF

4   System for filing and transmission to counsel of record registered for electronic filing.

5

6                                    */s/ Eric E. Lynch*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28